# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 17-12762-AMC

ERIC STALEY

821 EAST HAINES STREET

PHILADELPHIA, PA 19138

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    ERIC STALEY

    821 EAST HAINES STREET

    PHILADELPHIA, PA 19138

Counsel for debtor(s), by electronic notice only.

    ERIK B JENSEN, ESQ.
    JENSEN BAGNATO, P.C.
    1500 WALNUT ST., STE 1920
    PHILA, PA 19102-

Date: 4/12/2018

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee