UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Eric Staley,<br>　　　　Debtor. | CHAPTER 13<br><br>BANKRUPTCY CASE NUMBER<br>17-12762/AMC |
| JPMorgan Chase Bank, National Association,<br>　　　　Movant,<br>v.<br><br>Eric Staley,<br>　　　Respondent/Debtor,<br><br><br>William C. Miller<br>　　　Additional Respondent. | |

## **PRAECIPE**

To The Clerk, United States Bankruptcy Court:

　　Kindly withdraw, without prejudice, Movant, JPMorgan Chase Bank, National Association's Notice of Mortgage Payment Change filed with the Court on May 25, 2018.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,


Dated:  June 19, 2018　　　　　　　　　BY: /s/ Kevin S. Frankel
　　　　　　　　　　　　　　　　　　　Kevin S. Frankel, Esquire
　　　　　　　　　　　　　　　　　　　Shapiro & DeNardo, LLC
　　　　　　　　　　　　　　　　　　　3600 Horizon Drive, Suite 150
　　　　　　　　　　　　　　　　　　　King of Prussia, PA 19406
　　　　　　　　　　　　　　　　　　　(610)278-6800/ fax (847) 954-4809
S&D File #:17-056440　　　　　　　　　PA BAR ID #318323
　　　　　　　　　　　　　　　　　　　pabk@logs.com