United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Eric Staley  
    Debtor

Case No. 17-12762-amc  
Chapter 13

## CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: DonnaR | Page 1 of 1 | Date Rcvd: Aug 02, 2018 |
|---|---|---|---|
| | Form ID: 160 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 04, 2018.
db    +Eric Staley,   821 East Haines Street,   Philadelphia, PA 19138-1729

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.   TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 04, 2018        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 2, 2018 at the address(es) listed below:

      ERIK B. JENSEN   on behalf of Debtor Eric Staley akeem@jensenbagnatolaw.com, gilberto@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com  
      JACK K. MILLER   on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com, ecfemails@ph13trustee.com  
      KEVIN G. MCDONALD   on behalf of Creditor   Toyota Motor Credit Corporation bkgroup@kmllawgroup.com  
      KEVIN S. FRANKEL   on behalf of Creditor   JPMorgan Chase Bank, National Association pa-bk@logs.com  
      United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
      WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com  
      TOTAL: 6

*UNITED STATESBANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Eric Staley
    Debtor(s)

Case No: 17−12762−amc

Chapter: 13

---

### NOTICE OF HEARING

To the debtor, debtor's attorney, the standing trustee and those creditors which appeared at the Sec. 341 creditors meeting,

NOTICE is given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Court,

    on: 10/16/18

    at: 10:00 AM

    in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

to consider confirmation of the debtor's plan in the above case. Objections to confirmation should be filed at least 10 days before the above date with the Clerk of the U.S. Bankruptcy Court

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

and serve counsel for the debtor at least 5 days before the above date.

Dated: 8/2/18

For The Court

Timothy B. McGrath
Clerk of Court