## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                          **Case No.** 17-12762

                                                          **Claim No. :** 2

ERIC STALEY

    Debtor(s)

### NOTICE OF CREDITOR CHANGE OF ADDRESS

The creditor in the above entitled case hereby requests that the mailing address pertaining to NOTICES ONLY, listed in the above stated case be changed.

**\*\* Below change is only for notice address. Payment address will be same as filed in POC.**

**Address where Notices to the creditor be sent:**

From                                                      To

BMW Bank of North America              BMW Bank of North America

P.O. Box 165028                             4515 N Santa Fe Ave. Dept. APS

Irving, TX 75016                             Oklahoma City, OK 73118

                                                          /s/ Dipika Parmar

Date: 08/08/2018

                                                          Creditor's Authorized Agent for BMW Bank of North America