# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                                    Case No. 17-12762

    ERIC STALEY

    Debtor(s)

## NOTICE OF CREDITOR CHANGE OF ADDRESS

The creditor in the above entitled case hereby requests that the mailing address pertaining to PAYMENTS ONLY, listed in the above stated case be changed.

**\*\* Below change is only for PAYMENT address. Notice address will be same as filed in POC.**

**Address where Payment to the creditor be sent:**

| From | To |
|---|---|
| Discover Student Loans | Discover Student Loans |
| C/O Great Lakes PO BOX 3059 | PO BOX 6107 |
| Milwaukee, WI 53201 | Carol Stream, IL 60197-6107 |

/s/ Ashish Rawat

Date: 09/14/2018

Creditor's Authorized Agent for Discover Student Loans