**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| ERIC STALEY, | ) | |
| | ) | |
| Debtor | ) | CASE NO. 17-12762-AMC |
| ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~ | ) | |
| BMW BANK OF NORTH AMERICA, | ) | **HEARING DATE**: |
| Movant | ) | Tuesday, January 22, 2019 |
| | ) | 11:00 a.m. |
| vs. | ) | |
| | ) | **LOCATION**: |
| ERIC STALEY | ) | U.S. Bankruptcy Court |
| | ) | Eastern District of Pennsylvania |
| Respondent | ) | Courtroom # 4 |
| and | ) | 900 Market Street |
| WILLIAM C. MILLER, | ) | Philadelphia, PA 19107 |
| Trustee | ) | |

**NOTICE OF MOTION, RESPONSE DEADLINE
AND HEARING DATE**

*BMW Bank of North America has filed a Motion for Relief with the Court to Lift the Automatic Stay to Permit BMW Bank of North America to Repossess Debtor's Property described as a 2016 BMW 3 Series Sedan 4D 328xi AWD, V.I.N. WBA8E3G50GNU02733.*

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this case. (If you do not have an attorney, you may wish to consult an attorney).**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider you views on the motion, then on or before January 10, 2019, you or your attorney must do all of the following:

  (a) file an answer explaining you position at:

    United States Bankruptcy Court Clerk
    Eastern District of Pennsylvania
    900 Market Street, Suite 400
    Philadelphia, PA 19107-4299

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so it will be received on or before the date stated above; and,

  (b) mail a copy to the movant's attorney:

*Jason Brett Schwartz, Esquire*
*Mester & Schwartz, P.C.*
*1333 Race Street*
*Philadelphia, PA 19107*
*(267) 909-9036*

*and*

*William C. Miller, Trustee*
*P.O. Box 1229*
*Philadelphia, PA 19105*

2. If you or your attorney do not take the steps described in paragraphs (a) and (b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Honorable Ashely M. Chan on Tuesday, January 22, 2018 at 11:00 a.m. in Courtroom 4, United States Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107.

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at (215) 408-2800 to find out whether the hearing has been canceled because no one filed an answer.

DATE: December 27, 2018