United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Eric Staley  
    Debtor

Case No. 17-12762-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Lisa     Page 1 of 1     Date Rcvd: Jun 26, 2019  
                   Form ID: pdf900    Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2019.
```
db          +Eric Staley,    821 East Haines Street,    Philadelphia, PA 19138-1729
cr           Discover Student Loans,    PO BOX 6107,    Carol Stream, IL  60197-6107
cr          +JPMorgan Chase Bank, National Association,    3415 Vision Drive,    Columbus, OH 43219-6009
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr          +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jun 27 2019 03:05:32
              BMW Bank of North America,    4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
cr          +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jun 27 2019 03:06:05
              BMW Bank of North America,    c/o Ascension Capital Group,    P.O. Box 165028,
              Irving, TX 75016-5028
cr          +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 27 2019 03:20:10
              PRA  Receivables Management LLC,    POB 41067,    Norfolk, VA 23541-1067
cr          +E-mail/PDF: gecsedi@recoverycorp.com Jun 27 2019 03:06:46      Synchrony Bank,
              c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                             TOTAL: 4

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2019                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2019 at the address(es) listed below:
```
              ERIK B. JENSEN    on behalf of Debtor Eric  Staley akeem@jensenbagnatolaw.com,
               gilberto@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com
              JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
               ecfemails@ph13trustee.com
              JASON BRETT SCHWARTZ    on behalf of Creditor   BMW Bank of North America
               jschwartz@mesterschwartz.com,    jottinger@mesterschwartz.com
              KEVIN G. MCDONALD    on behalf of Creditor   Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              KEVIN S. FRANKEL    on behalf of Creditor   JPMorgan Chase Bank, National Association
               pa-bk@logs.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 7
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : Chapter 13 |
| | : Case No. 17-12762-AMC |
| ERIC STALEY, | : Consent Order Settling |
| Debtor | : BMW Bank of North America's |
| | : Motion For Relief From The Automatic |
| | : Stay Pursuant To 11 U.S.C. § 362 |

AND NOW, this _____ day of _____, 2019, this matter having come before this Court upon application of *BMW Bank of North America* (hereinafter referred to as "*BMW*"), a secured creditor of the above-named Debtor, by its counsel, for relief from the automatic stay pursuant to 11 U.S.C. § 362;

AND it appearing that Debtor, *Eric Staley*, through Debtor's attorney, *Erik B. Jensen, Esquire*, have reached an agreement with regard to said Motion for Relief regarding a 2016 BMW 3 Series Sedan 4D 328xi AWD, V.I.N. WBA8E3G50GNU02733 (the "Vehicle"), as per the terms contained in this Order;

AND, it appearing that Debtor is indebted to *BMW* on a loan which enabled Debtor to purchase said Vehicle, which loan terms are set forth in a Retail Installment Contract (the "Contract"); and

It appearing that *BMW* is the holder of a secured claim against the Debtor and;

It appearing that the Debtor is in arrears post-petition in the amount of *$481.00* as of June 10, 2019;

It appearing that the Debtor and *BMW* have reached an agreement to cure post-petition arrears and attorney's fees and costs, the Debtor agrees to pay *$160.34* of the current arrears monthly beginning June 30, 2019 for the next three (3) months (with payments due on the thirtieth of each month) to cure said arrears, while making regular monthly post-petition payments ($922.83 per the Contract) due under the Contract beginning with the June 30, 2019 payment for a total monthly payment from June 30, 2019 through August 30, 2019 of *$1,083.17*, wherefore,

It is hereby ORDERED and DECREED that if Debtor shall fail to make the regular monthly payment (or any portion thereof) or fail to make payment toward the curing of the arrears as set forth above and Debtor fails to cure said default within ten (10) days after notice by *BMW* (or its counsel) of said default, counsel for *BMW* may file a Certification of Default with the Court setting forth Debtor's default and *BMW* shall be granted immediate relief from the automatic stay provisions of Section 362 of the Bankruptcy Code (11 U.S.C. § 362), and *BMW* is then also free to proceed with exercising its rights and remedies as may be allowed under State and Federal law. The Debtor shall be allowed to default and cure such default under this Consent Order one (1) time. Should Debtor default a second (2nd) time, notice of the default will be served, but the Debtor will not be granted an opportunity to cure the default and counsel for *BMW* may file a Certification of Default with the Court setting forth Debtor's default and *BMW* shall be granted immediate relief from the automatic stay provisions of Section 362 of the Bankruptcy Code (11 U.S.C. § 362).

It is FURTHER ORDERED and DECREED that in the event Debtor converts to a bankruptcy under any Chapter other than Chapter 13 of the Bankruptcy Code then Debtor shall pay all pre-petition arrears and post-petition arrears within fifteen (15) days from the date the case is converted from Chapter 13 to any other Chapter. If Debtor fails to make payment in accordance with this paragraph then *BMW*, through Counsel, may file a certification setting forth said failure and *BMW* shall be granted immediate relief from the automatic stay provisions of Section 362 of the Bankruptcy Code (11 U.S.C. § 362) and *BMW* is then also free to proceed with exercising its rights and remedies as may be allowed under State and Federal law.

The failure by *BMW*, at any time, to file a Certification of Default upon default by the Debtor shall not be construed, nor shall such failure act, as a waiver of any of *BMW's* rights hereunder.

It is FURTHER ORDERED and DECREED that the Order Granting motion For Relief From Stay for BMW Bank of North America entered on January 22, 2019 is VACATED.

This Order is a supplement and in addition to the Contract and not in lieu thereof.

Facsimile signatures shall be accorded the same force and effect as an original signature, and may be submitted to the Court.

It is further Ordered that the fourteen (14) day stay provided by Rule 4001(a)(3) is hereby waived.

BY THE COURT:

**Date: June 26, 2019**

_____
Ashely M. Chan
U.S. BANKRUPTCY JUDGE

| | |
|---|---|
| Post-Petition Arrears: | $ 0.00 |
| Counsel Fees: | $ 481.00 |
| *Total:* | *$ 481.00* |

Creditor: BMW Bank of North America
By Counsel: Mester & Schwartz, P.C.

By: _____
Jason Brett Schwartz, Esquire
Mester & Schwartz, P.C.
1333 Race Street
Philadelphia, PA 19107
(267) 909-9036

DATED: 6/21/19

Seen and agreed to -- We hereby consent to the form and entry of the foregoing Order.

Debtor: Eric Staley

By Counsel for Debtor: Erik B. Jensen, Esquire

By: /s/Erik B. Jensen
_____
Erik B. Jensen, Esq.
Jensen Bagnato, PC
1500 Walnut St.
Suite 1920
Philadelphia, PA 19102
(215) 546-4700

DATED: 6/21/19

Case 17-12762-amc   Doc 81   Filed 06/28/19   Entered 06/29/19 01:03:43   Desc Imaged
                     Certificate of Notice   Page 5 of 6

Chapter 13 Trustee:

By: _____
JACK   William C. Miller, Esq.
       Chapter 13 Trustee
       P.O. Box 1229
       Philadelphia, PA 19105      No objection
       (215) 627-1377

Please send copies to:

Eric Staley
821 East Haines Street
Philadelphia, PA 19138

Erik B. Jensen, Esq.
Jensen Bagnato, PC
1500 Walnut Street
Suite 1920
Philadelphia, PA 19102

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA 19105

Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Jason Brett Schwartz, Esquire
Mester & Schwartz, P.C.
1333 Race Street
Philadelphia, PA 19107