Certificate Number: 14912-PAE-DE-036383896

Bankruptcy Case Number: 17-12762



14912-PAE-DE-036383896

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 8, 2022</u>, at <u>9:46</u> o'clock <u>PM EST</u>, <u>Eric Staley</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>March 8, 2022</u>        By:    <u>/s/Jai Bhatt</u>

                                            Name:  <u>Jai Bhatt</u>

                                            Title:  <u>Counselor</u>