Certificate Number: 14912-PAE-DE-036383896

Bankruptcy Case Number: 17-12762



14912-PAE-DE-036383896

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 8, 2022, at 9:46 o'clock PM EST, Eric Staley completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  March 8, 2022                By:  /s/Jai Bhatt

Name:  Jai Bhatt

Title:  Counselor