United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-12762-mdc |
| Eric Staley | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jul 21, 2022 | Form ID: 138OBJ | Total Noticed: 36 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 23, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Eric Staley, 821 East Haines Street, Philadelphia, PA 19138-1729 |
| 14504466 | + | LAKEVIEW LOAN SERVICING, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14504731 | + | LAKEVIEW LOAN SERVICING, LLC, C/O EBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 13904101 | + | Wells Fargo, Po Box 14517, Des Moines, IA 50306-3517 |
| 13963012 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 22 2022 00:06:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 22 2022 00:06:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 13965566 | | Email/PDF: bncnotices@becket-lee.com | Jul 22 2022 00:12:01 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 13904088 | + | Email/Text: broman@amhfcu.org | Jul 22 2022 00:06:00 | American Heritage Fcu, 2060 Red Lion Rd, Philadelphia, PA 19115-1699 |
| 13904089 | + | Email/PDF: bncnotices@becket-lee.com | Jul 22 2022 00:11:56 | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 13908786 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 22 2022 00:11:51 | BMW Bank of North America, c/o Ascension Capital Group, P.O. Box 165028, Irving, TX 75016-5028 |
| 13923629 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 22 2022 00:11:55 | BMW Financial Services NA, LLC, 4515 N. Santa Fe Ave., Dept. APS, Oklahoma City, OK 73118-7901 |
| 13904091 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 22 2022 00:12:00 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 13994356 | | Email/Text: megan.harper@phila.gov | Jul 22 2022 00:06:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 13904090 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 22 2022 00:11:51 | Cap1/neimn, 26525 N Riverwoods Blvd, Mettawa, IL 60045-3440 |
| 13935958 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 22 2022 00:12:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 13971065 | + | Email/Text: bnc@bass-associates.com | Jul 22 2022 00:06:00 | Cavalry Spv I, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite #200, Tucson, AZ 85712-1083 |

Case 17-12762-mdc   Doc 97   Filed 07/23/22   Entered 07/24/22 00:29:15   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
| --- | --- | --- |
| Date Rcvd: Jul 21, 2022 | Form ID: 138OBJ | Total Noticed: 36 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| 13904094 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 22 2022 00:12:01 | Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 13969673 | | Email/Text: bnc-quantum@quantum3group.com | Jul 22 2022 00:06:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 13938018 | + | Email/Text: DSLBKYPRO@discover.com | Jul 22 2022 00:06:00 | Discover Student Loans, PO Box 30925, Salt Lake City, UT 84130-0925 |
| 13904093 | + | Email/Text: DSLBKYPRO@discover.com | Jul 22 2022 00:06:00 | Discover Student Loans, Po Box 30948, Salt Lake City, UT 84130-0948 |
| 13904092 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 22 2022 00:11:55 | Chase Mtg, P.o. Box 24696, Columbus, OH 43224 |
| 13972727 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 22 2022 00:11:51 | Chase Records Center, ATTN: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane,, Monroe, LA 71203 |
| 14364555 | | Email/Text: camanagement@mtb.com | Jul 22 2022 00:06:00 | M&T Bank, Bankruptcy Department, P.O. Box 840, Buffalo, NY 14240-0810 |
| 13904095 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 22 2022 00:06:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2710 |
| 13966626 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 22 2022 00:06:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 13921154 | | Email/PDF: cbp@onemainfinancial.com | Jul 22 2022 00:12:00 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 13904096 | + | Email/PDF: cbp@onemainfinancial.com | Jul 22 2022 00:12:00 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 13974365 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 22 2022 00:11:56 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13904967 | + | Email/PDF: rmscedi@recoverycorp.com | Jul 22 2022 00:11:52 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13904097 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 22 2022 00:11:51 | Portfolio Recovery Ass, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 13904098 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 22 2022 00:11:51 | Syncb/banarepdc, Po Box 965005, Orlando, FL 32896-5005 |
| 13904099 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 22 2022 00:11:52 | Syncb/gap, Po Box 965005, Orlando, FL 32896-5005 |
| 13904100 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jul 22 2022 00:06:00 | Toyota Motor Credit Co, 240 Gibraltar Rd Ste 260, Horsham, PA 19044-2387 |
| 13965899 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jul 22 2022 00:06:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 13945352 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 22 2022 00:11:51 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 13904101 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Jul 22 2022 00:11:52 | Wells Fargo, Po Box 14517, Des Moines, IA 50306-3517 |
| 13963012 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Jul 22 2022 00:12:01 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 33

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 14038344 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, |

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Jul 21, 2022 | Form ID: 138OBJ | Total Noticed: 36

Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2022    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 21, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ERIK B. JENSEN | on behalf of Debtor Eric Staley erik@jensenbagnatolaw.com jordan@jensenbagnatolaw.com;jennifer@jensenbagnatolaw.com;lori@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com |
| JACK K. MILLER | on behalf of Trustee WILLIAM C. MILLER Esq. philaecf@gmail.com, ecfemails@ph13trustee.com |
| JASON BRETT SCHWARTZ | on behalf of Creditor BMW Bank of North America jschwartz@mesterschwartz.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com |
| KEVIN S. FRANKEL | on behalf of Creditor JPMorgan Chase Bank National Association pa-bk@logs.com |
| REBECCA ANN SOLARZ | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Eric Staley
    Debtor(s)

Case No: 17−12762−mdc
Chapter: 13

___

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 7/21/22

94 − 90
Form 138OBJ